JOHN LIPSCOMB, plaintiff in error, *vs*. THE STATE OF GEORGIA, defendant in error.

This court will not control the presiding judge in refusing the grant of a continuance, unless his discretion has been abused; nor will it control his discretion in refusing the grant of a new trial, unless he has abused that discretion, the testimony being sufficient to support the verdict.

JACKSON, Judge.